IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| STATE OF OHIO ex rel. MICHAEL DEWINE, OHIO ATTORNEY GENERAL | : | CASE NO. 3:18cv142 |
| | : | |
| Plaintiff, | | |
| | | JUDGE WALTER H. RICE |
| v. | : | |
| | | |
| GLOBE MOTORS, INC., et al. | : | |
| | | |
| Defendants. | : | |

### ORDER OF REFERENCE

Pursuant to 28 U.S.C. §636(b)(1)(A), (B), and (C), and §636(b)(3), the above-captioned action is hereby referred to United States Magistrate Judge Sharon L. Ovington, ADR Coordinator, for purposes of conducting a mediation.

Dated: September 8, 2021

_____
WALTER H. RICE, JUDGE
UNITED STATES DISTRICT COURT