IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| STATE OF OHIO EX REL. MICHAEL DEWINE, OHIO ATTORNEY GENERAL | : CASE NO. 3:18cv142 |
| Plaintiff, | : |
| | JUDGE WALTER H. RICE |
| v. | : |
| GLOBE MOTORS, INC. | : |
| Defendant. | : |

## ORDER

It is hereby ordered that the above captioned cause be administratively processed.[1]

**IT IS SO ORDERED.**

*(signature)*

WALTER H. RICE, JUDGE
UNITED STATES DISTRICT COURT

---

[1] Settled in principle. Final paperwork being drafted.