IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| STATE OF OHIO, ex rel. <br> DAVE YOST, <br> OHIO ATTORNEY GENERAL, <br><br> Plaintiff, <br><br> v. <br><br> GLOBE MOTORS, INC., et al., <br><br> Defendants. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | Case No. 3:18-cv-00142 <br><br> Judge Walter H. Rice |

**Plaintiff's Notice of Lodging of Proposed Consent Decree**

Plaintiff, the State of Ohio, and Defendants, Globe Motors, Inc. and Northrop Grumman Systems Corporation, have entered into a proposed Consent Decree, which would resolve the State's claims for violations of Ohio's water pollution and nuisance laws, and the State's claims for response costs under the Comprehensive Environmental Response, Compensation, and Liability Act ("CERCLA") in this case. A copy of that proposed Consent Decree is attached to this Notice.

Before the Parties can ask the Court to approve this Consent Decree, 40 C.F.R. 123.27(d)(2)(ii) requires the Ohio Environmental Protection Agency to allow 30 days for a public notice and comment period regarding the proposed Consent Decree. The provisions of the proposed Consent Decree provide that the State and the Defendants reserve the right to withdraw their consent to the proposed Order prior to entry based on comments received during the 30-day public comment period. Because this public comment process must now proceed, the proposed Consent Decree has now only been lodged with the Court; the State and Defendants are not

requesting that the Court enter this Consent Decree at this time.

Following the lodging of the proposed Consent Decree, Ohio EPA will publish notice of the Consent Decree to commence the 30-day comment period. The parties will be contacting the Court following the expiration of the public notice period to confirm whether this proposed Consent Decree will be the final version that the State and the Defendants request that the Court enter. We expect any request to the Court for the entry of a Consent Decree will take the form of a motion for entry. Only after the Court receives this motion would we request that the Court review and consider whether the Consent Decree should be entered.

Respectfully submitted,

DAVE YOST
OHIO ATTORNEY GENERAL

 /s/  Ian F. Gaunt
Ian F. Gaunt (0097461)
*Trial Attorney*
John K. McManus (0037140)
Morgan Trivunic (100589)
Assistant Attorneys General
Environmental Enforcement Section
30 East Broad Street
Columbus, Ohio 43215
Telephone: (614) 466-2766
Facsimile: (614) 644-1926
Ian.Gaunt@OhioAGO.gov
Jack.McManus@OhioAGO.gov
Morgan.Trivunic@OhioAGO.gov

*Attorneys for the State of Ohio*

## Certificate of Service

This certifies that on January 22, 2024, I filed this Plaintiff's Notice of Lodging of Proposed Consent Decree through the Court's electronic filing system, which notified:

Sean P. McCormick (0088281)
Nathan C. Hunt (0074184)
Jamar T. King (0091093)
THOMPSON HINE LLP
10050 Innovation Drive, Suite 400
Miamisburg, Ohio 45342
Telephone:  (937) 443-6777
Facsimile:  (937) 443-6637
Sean.McCormick@ThompsonHine.com
Nathan.Hunt@ThompsonHine.com
Jamar.King@ThompsonHine.com

*Attorneys For Globe Motors, Inc.*

and

Vincent Atriano (0041084)
SQUIRE PATTON BOGGS (US) LLP
2000 Huntington Center
41 South High Street
Columbus, Ohio 43215

*Attorneys for Northrop Grumman Systems Corporation*

    /s/  Ian F. Gaunt
Ian F. Gaunt (0097461)
*Trial Attorney*
Assistant Attorney General